April Twenty Five Of 2008                                                   04/25/2008
Christopher Cross loves Kristy Allen
(Third Page Of Five Pages)                                                     #III

U.S. District Court
For The District Of Delaware.
Application To Proceed Without Prepayments
Of Fees And Affidavit.

1.- Plaintiff # Ivan Mendez
2.- Case Number # 318-2001                              08-244
3.- Defendants # Counselor Ms. Linda Kemp, and Lieutenant Mr. Seacord, First Correctional Medical, Warden Mr. Thomas Carrol, Mental Health, and anybody else whom may be behind too, trying to take me out from Protective Custody.

FILED
APR 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4.- I am the Plaintiff under 28 USC 1915, I am unable to pay the costs of this complaint.
5.- Are you incarcerated # Yes
6.- If yes where # D.C.C., 1181 Paddock Road, Smyrna De. 19977.
7.- Are you employed there # No
8.- Did you receive any money from that prison # No
9.- Name and Address of last employer # Mr. Sammy Congo, at Congo Funeral Home, 2901 W. 2nd St., Wilmington De. 19805, or at Petrucon, 100 North, Cleveland Ave., Wilmington De. 19805.
10.- Monthly Salary Received # $1,600 or 2,000
11.- Last Day Employed # Oct. or Nov. of 2000
12.- Last Payment Of Salary Received # $1,600, or 2,000
13.- Have you received any money on the last year period # No
14.- Do you have cash or any account # No

(Please turn this form to the other side)

15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 04/25/2008
19.- SIGNATURE # IVAN MENDEZ

( PLEASE TURN THIS PAGE TO PAGE NUMBER ___ )

April twenty five of 2008
Drew Barrymore loves rock and roll
(fourth page of five pages)

04/25/2008

#IV

U.S. District Court
for the District of Delaware.
Motion to Proceed in Forma Pauperis.

1.- Plaintiff # Ivan Mendez
2.- Case Number # 318-2001
3.- Defendants # Counselor Ms. Linda Kemp and Lt. Mr. Seacord, First Correctional Medical, Warden Mr. Thomas Carrol, Mental Health, and anybody else whom may be behind too, trying to take me out from protective custody.

4.- Comes now the Plaintiff and respectfully request this Honorable Court to allow them to proceed without prepayments of costs for the following reasons # For another civil rights complaint.
5.- Signature # Ivan Mendez
6.- Address # D.C.C., 1181 Paddock Road, Smyrna De. 19977
7.- I certify that a copy of the above was mailed postage prepaid on # 04/25/2008
8.- To # U.S. District Court.
9.- Name # U.S. District Court
10.- Address # 844 N. King Street, Lockbox #18, Wilmington De. 19801
11.- Write the reasons why the court should grant your motion and include court rules, laws, and cases if any that support your reasons # Because as you know it too that it has been years waiting for the answers of all of my legal forms and letters, from you, Washington D.C., Pensylvania, Delaware and from all of this criminal organization.

(Please turn this form to the other side)

2.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

3.- DATE # 04/25/2008

4.- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS PAGE TO PAGE NUMBER FIVE)

ELTHON EMON LOVES ANNA NICOLE'S SMITH.
(FIFTH PAGE OF FIVE PAGES)
LAW LIBRARY
GENERAL REQUEST FORM.

# V

BLDG. # S.H.U. # 18
CELL # BL-3

| LEGAL FORMS, RULES AND INFORMATION REQUESTED # | QUANTITY # |
|---|---|
| (42 USC 1983), CIVIL RIGHTS COMPLAINTS. | TEN |
| (28 USC 2254) HABEAS CORPUS PETITIONS. | TEN |
| (28 USC 2255), MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCES. | TEN |
| (148 200) REQUEST FOR MEDICAL RECORDS. | TEN |
| (766-147) U.S. MARSHAL FORM. | SIX |
| (381951) POWER OF ATTORNEY. | FOUR |
| (0976) MOTION TO WITHDRAW A GUILTY PLEA. | EIGHT |
| (3306), JUSTICE OF THE PEACE (SMALL CLAIMS). | EIGHT |
| (28 USC 2101) WRIT OF CERTIORARI WHICH IS JURISDICTIONALLY OUT OF THE TIME. | TEN |
| (28 USC 1746) FORM OF DECLARATION | TEN |
| APPLICATIONS WITHOUT PREPAYMENTS OF FEES). | TEN |
| APPLICATIONS IN FORMA PAUPERIS). | TEN |
| NOTICE OF APPEAL FORMS). | TEN |
| MOTION FOR LEAVE TO FILE FORMS). | EIGHT |

NAME # IVAN MENDEZ     S.B.I # 453351     DATE # 04/25/2008
DATE RECEIVED # _____  PAY TO LOG # _____
DATE SENT # _____  STAFF INITIALS # _____

STAFF NOTES # _____
(PLEASE TURN THIS FORM TO THE OTHER SIDE)

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

TO # MR. JOSEPH HUDSON
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE, 19977

DATE # 04/25/2008

FROM # IVAN MENDEZ
INMATE'S NAME

453351
S.B.I #

——— I HEREBY CERTIFY ———

I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT FOR PAST SIX MONTHS UNDER 28 USC 1915 (A)(2).

IVAN MENDEZ
SIGNATURE #

28 USC 1746 AND 18 USC 1621

( PAGE NUMBER FIVE )