APRIL TWENTY FIVE OF 2008                                                   04/25/2008
- ADAM CLAYTON LOVES PAMELA ANDERSON  TO GET MY TAXES RETURN.     #I
(FIRST PAGE OF FIVE PAGES.)                 "THANK'S"

                    U.S. DISTRICT COURT                 08-244
                    FOR THE DISTRICT OF DELAWARE.
                    FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
                    UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # COUNSELOR MS. LINDA KEMP, LIEUTENANT MR. SEACORD, FIRST CORRECTIONAL MEDICAL, WARDEN MR. THOMAS CARROL, MENTAL HEALTH AND ANYBODY ELSE WHOM MAY BE BEHIND TOO, TRYING TO TAKE ME OUT FROM PROTECTIVE CUSTODY.
4.- JURISDICTION
5.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 U[SC] 19[83]
6.- PLAINTIFF # IVAN MENDEZ
7.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977
8.- PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.
9.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER ▮ AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I AM STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENNSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
10.- IS THERE A PRISONER GRIEVANCE # YES
11.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
12.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO, SAME AS YOU KNOW IT TOO THAT THEY HELP EVERYBODY, AND EVERYBODY ELSE RIGHT AWAY, AN EXCEPTION TOO OF THE OLD WHITE AMERICAN COWBOYS.

( PLEASE TURN THIS FORM TO THE OTHER SIDE)

[FILED APR 28 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

...WHILE ON DETENTION# COUNSELOR MS. LINDA KEMP, LT. MR. SEACORD, FIRST CORRECTIONAL MEDICAL, WARDEN MR. THOMAS CARROL, MENTAL HEALTH, AND ANYBODY ELSE WHOM MAY BE BEHIND TOO TRYING TO TAKE ME OUT FROM PROTECTIVE CUSTODY.

14.- IS EMPLOYED AS A# AS YOU KNOW IT TOO THIS INFORMATION.

15.- ADDRESS# DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA DE. 19977, AND WHOSOEVER WHOM MAY BE BEHIND TOO.

16- **CAUSE OF ACTION.**

17.- STATE BRIEFLY THE FACTS OF YOUR CASE# HONORABLE MASTER AS YOU KNOW IT TOO ALL OF THE STATEMENTS, REPORTS, LETTERS, GROUNDS AND FACTS, AND I'M RAISING THIS LEGAL FORM AGAINST COUNSELOR MS. LINDA KEMP AND LT. SEACORD AND EVERYBODY ELSE BEHIND TOO, TRYING TO TAKE ME OUT FROM PROTECTIVE CUSTODY, AS YOU KNOW IT TOO HONORABLE MASTER HOW ON THE 03/14/2008, MARCH FOURTEEN OF 2008, COUNSELOR MS. LINDA KEMP, AND LIEUTENANT SEACORD, CAME TO MY CELL TRYING TO TAKE ME OUT FROM PROTECTIVE CUSTODY, KNOWING TOO HOW ON INMATE THROW HIS PEED (URINE) AT MYSELF CAUSING THIS NASTY INFECTIOUS BLEEDING WOUNDS, AND THE REST OF HIS PEED HE THREW IT UNDER MY DOOR, AND KNOWING TOO THAT MY MANDATORY TIME WAS DUE LAST YEAR ON 12/23/2007, DECEMBER TWENTY THREE OF 2007, KNOWING TOO ABOUT MY LEGAL PAPERWORK, MY LEGAL DOCUMENTS, MY BIBLE STUDIES CERTIFICATES, MY PERSONAL BELONGINGS AND ALL OF MY LEGAL DOCUMENTS THAT PROPERTY ROOM TOOK OUT FROM MY NUMBERED LEGAL PAPERWORK TWO YEARS AGO ON 04/20/2006, WHEN I WAS ASSAULTED ONCE AGAIN THAT TIME BY MR. SCOTT HAROLD, AND KNOWING TOO ABOUT MEDICAL, AND KNOWING EVERYTHING AND DON'T HELPING ME AT ALL THEY ARE TRYING TO TAKE ME OUT FROM PROTECTIVE CUSTODY JUST LIKE WHEN ON 2006, LIEUTENANT MR. JHON DOE, C/O MR. JHON DOE, C/O MR. JHON DOE, AND COUNSELOR MS. JHONSON TRY TO TAKE ME OUT FROM PROTECTIVE CUSTODY, KNOWING THIS WIDELY SPREAD IT PLOT TO KILL ME, JUST LIKE WHEN ON 06/22/2007, JUNE TWENTY TWO OF 2007,

( PLEASE TURN THIS FORM TO PAGE NUMBER TWO )

April Twenty Five of 2008,                                                              04/25/2008
Bassinger's Kim loves Scorpions Rock and Roll.                                          # II
( Second page of five pages )

Counselor Mr. Thomas Aiello, and Lieutenant Mr. Seacord, try to take me out from protective custody, while classifying me over at the shower room for disabled people, as you know it too all of this very well detailed, same just like when Counselor Ms. Maritza McFadden, Lieutenant Mr. Seacord, Warden Mr. Thomas Carrol, Mental Health, First Correctional Medical, the Grievance chairperson, Ms. Latisha M. Reed, Governor Ms. Ruth Ann Minner, Lt. Governor Mr. Tom Carper, and other members of this criminal organization took me out from this same building of protective custody, S.H.U. Bldg. # 18, same tier # B-Tier, when I was on cell upper eleven, and send me back to medium security, over at C-Building, without my consent or agreement or signing out from protective custody, as you know it too, and they send me back to C-Building from where I was removed before after being assaulted once again that time by Mr. Sean Fuller, as you know it too all about it, and they took me out from this same building of protective custody, only to accomplish their widely spread it plot to kill me, and they almost accomplished, as you know it too, how I was assaulted, abused and damaged and almost killed once again, that time by Mr. Elisha Doe, Mr. Corey Washington, Mr. Silvester Dobson and their friends as you know it too all about it, same as you know it too that I am weight only 132 pounds, and as you know it too that I am disabled, hurted, broken, fractured and damaged of some parts of my body as you know it too it about it, same as you know it too on the conditions that they keep me, and how some officers try to force me to go upstairs to take a shower, and other officers opened the doors of other people without handcuffs, and other officers try to force me to eat leftovers that according to them belongs to "Confidential", whatshever that means and
( please turn this page to the other side )

AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT THEY DON'T GAVE ME A WHEELCHAIR, OR ANYTHING, AS YOU KNOW IT TOO THAT IT TOOK YEARS FOR THEM TO FINALLY TAKE THE X-RAYS FROM SOME OF MY DISABLED, HURTED, BROKEN, FRACTURED AND DAMAGED PARTS OF MY BODY, SUCH ARE # CERVICAL SPINE, HIPS, RIBS, AND ONCE AGAIN BOTH OF MY LEGS ON 02/22/2008, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT THEY DON'T GAVE ME NOTHING BECAUSE THEY CONSIDER ME AN WHITE OLD AMERICAN COWBOY, (ALSO CALLED ME OLD MOTHER FU—R, WHITE OLD RED NECK AS YOU KNOW IT TOO ALL ABOUT IT) EVEN THAT AS YOU KNOW IT TOO THAT THEY TREAT ME WORST, WORST, WORST, WORST, BUT THEY REALLY TREAT ME WORST THAN HOW THEY TREAT THE OLD WHITE AMERICAN COWBOYS (ALSO CALLED OLD WHITE RED NECKS BY EVIL PEOPLE AS YOU KNOW IT TOO ALL ABOUT IT), SAME AS YOU KNOW IT TOO, THAT THEY GAVE PRIORITY AND THE BEST EVEN FROM THE STREET TO EVERYBODY ELSE, AS YOU KNOW IT TOO HOW THEY TREAT EVERYBODY ELSE LIKE A KING, OR MAJESTY, OR A GOD, AS YOU KNOW IT TOO ALL ABOUT IT, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE. P.S. PLEASE HELP ME TO OBTAIN AT LEAST SOME OF THE LEGAL FORMS ON THE GENERAL REQUEST FORM. "THANKS"

8.- INJURY.

9.- HOW HAVE YOU BEEN INJURED BY THE ACTION OF THE DEPENDANTS # PHYSICALLY, EMOTIONALLY, VERBALLY, PHYSICALLY, PSYCHOLOGICALLY, AND IN MANY OTHER WAYS AS YOU KNOW IT TOO ALL ABOUT IT.

10.- REQUEST FOR RELIEF.

1.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO WHAT I HAVE REQUESTED ALWAYS.

2.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

3.- DATE # 04/25/2008

4.- SIGNATURE # IVAN MENDEZ

P.S. YESTERDAY 04/24/2008, A DECENT GENTLEMAN NAMED MR. THOMAS CAPANO, GAVE ME AN SOUP, RAMEN NOODLE SOUP, CHICKEN FLAVOR, YUMMY, YUMMY, YUMMY, I WISH THAT YOU CAN GAVE ME AN ADDRESS OF SOMEBODY WHOM CAN HELP ME LIKE THAT, AS YOU KNOW IT TOO THAT IS NOT THE FIRST TIME MR. THOMAS CAPANO, HELP ME WITH A SOUP OR TWO.

(PLEASE TURN THIS PAGE TO PAGE NUMBER THREE)

I/M IVAN MENDEZ
SBI# 453354 UNIT S. H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
Wilmington Delaware
19801