{ MAY TWENTY SEVEN OF 2008  05/27/2008
  TESLA LOVES OZZY OZBOURNE
  PAGE NUMBER ONE OF NINE PAGES }    08-243;
                                     08-244

# I

HONORABLE MASTER.

I'M WRITTING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER ANY OF YOUR TIME BUT I'M SENDING TO YOU THE TWO INMATE ACCOUNT STATEMENTS OF THE PAST SIX MONTHS PERIOD, THAT THANK'S I GAVE IT TO GOD THAT THIS TIME IT DOESN'T TOOK EIGHT, NINE OR TEN OR NEVER FOR ME TO OBTAIN AT LEAST ONE INMATE ACCOUNT STATEMENT AS YOU KNOW IT TOO ALL ABOUT IT, AND THIS ARE FOR THE LEGAL FORMS #

MENDEZ VS. REED, 1:08-CV-243, US. DISTRICT COURT OF DELAWARE, JUDGE MASTER MR. JOSEPH J. FARNAN JR., ENTERED ON 05/19/2008 AT 3:07 P.M, AND FILED ON 05/19/2008.

MENDEZ VS. KEMP, 1:08-CV-244, US. DISTRICT COURT OF DELAWARE, JUDGE, MASTER MR. JOSEPH J. FARNAN JR., ENTERED ON 05/19/2008 AT 3:00 P.M, AND FILED ON 05/19/2008.

AND PLEASE MASTER SEND ME THOSE AMENDMENTS REQUESTED ON MY PRIOR LETTER BEFORE THIS, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE. "THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION".

INMATE'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
DATE OF BIRTH # 12/04/73
JUDGE'S NAME # MR. RICHARD F. STOKES.
DATE OF SENTENCE # 06/15/2001
NUMBER OF CASE # 308-2001



FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

(PLEASE TURN PAGE TO OTHER SIDE)



I/M IVAN MUNOZ
SBI# 453351    UNIT So. H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801

M.AN. TWENTY SECOND 05/22/2008

{ FRANCIS COPPOLA LOVES PAMELA ANDERSON M.
PAGE NUMBER SIX OF NINE PAGES }

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

#VI

08-244 (JJF)

TO: Ivan Mendez   SBI#: 455351

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 22, 2008

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scarred

Attached are copies of your inmate account statement for the months of
November 1, 2007 to April 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |

Average daily balances/6 months: (-9.55)

Attachments
CC: File

Stacy Shane
5/22/08

Jeanette F. Hawk
5/22/08

( PLEASE TURN PAGE TO OTHER SIDE )

MAY TWENTY SEVEN OF 2008 05/27/2008

GILLIAN ANDERSON M. LOVES MOTORMAN
PAGE NUMBER SEVEN OF NINE PAGES

#VII

**Individual Statement**
**From November 2007 to April 2008**

Date Printed: 5/22/2008 Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 511940 | | 10/17/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511953 | | 10/19/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511981 | | 10/18/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 512040 | | INDIGENT 10/29/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512307 | | 10/19/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512308 | | 10/19/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($2.73) | ($9.55) | 512852 | | 10/25/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 519954 | | 11/20/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 520146 | | 10/29/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520152 | | 10/30/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 520181 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520200 | | 11/5/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.57) | ($9.55) | 520205 | | 11/6/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 520280 | | 11/12/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 526347 | | INDIGENT 12/3/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.85) | ($9.55) | 530857 | | 11/29/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 538030 | | 12/11/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545945 | | 1/3/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 545964 | | 1/2/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.75) | ($9.55) | 548184 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.78) | ($9.55) | 548376 | | 1/11/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 552266 | | 1/8/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 556363 | | INDIGENT 2/6/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559481 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559482 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 559483 | | 1/23/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 560121 | | 1/16/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.55) | ($9.55) | 560188 | | 2/25/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 563026 | | 1/30/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563054 | | 1/28/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | | ($9.55) | 563055 | | | |

(PLEASE TURN PAGE TO OTHER SIDE)

Case 1:08-cv-00244-SJM    Document 9-2    Filed 05/28/2008    Page 3 of 9

MAY TWENTY SEVEN OF 2008    05/27/2008

{ HELLO KUNTAL. LOVES RICK FLORES } #VIII
{ GOOD MAN THIS IS RICK FLORES }
{ PAGE NUMBER EIGHT OF NINE PAGES }

# Individual Statement
## From November 2007 to April 2008

Page 2 of 3

Date Printed: 5/22/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563057 | | 1/31/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563059 | | 1/29/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 568688 | | INDIGENT SUPPLIES | |
| Legal | 3/12/2008 | $0.00 | $0.00 | ($28.71) | ($9.55) | 569472 | | FEB 2008 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 570083 | | 2/14/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.82) | ($9.55) | 570084 | | 2/13/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572094 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572095 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572156 | | 2/22/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572893 | | 3/12/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572896 | | 3/13/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 572971 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572972 | | 2/28/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572990 | | 2/27/08 | |
| Supplies-MailPosta | 3/24/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 573650 | | 3/18/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 574221 | | INDIGENT 12/31/07 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580245 | | 3/10/08 | |
| Supplies-MailPosta | 4/7/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580248 | | 3/11/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 581440 | | INDIGENT 3/31/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.60) | ($9.55) | 587833 | | 4/13/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 587845 | | 4/11/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 587883 | | 4/14/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 588917 | | 3/18/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589002 | | 3/21/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589003 | | 3/20/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590065 | | 3/29/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590066 | | 3/28/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590067 | | 3/29/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.55) | ($9.55) | 594887 | | 4/23/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($2.50) | ($9.55) | 594934 | | 4/22/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.70) | ($9.55) | 594950 | | 4/18/08 | |

( PLEASE TURN PAGE TO OTHER SIDE )

MAY TUESDAY 8TH OF 2008    05/27/2008

# IX

{ IRON MAIDEN LOVES KRISTA ALLEN M.
PAGE NUMBER NINE OF NINE PAGES }

**Individual Statement**
**From November 2007 to April 2008**

Page 3 of 3

Date Printed: 5/22/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Ending Month Balance: | ($9.55) | | | | |

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: ($28.71)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($566.06)

( PLEASE TURN PAGE TO OTHER SIDE )

MAY TWENTY SEVEN OF 2008
METTALLICA LOVES DREW BARRYMORE
PAGE NUMBER TWO OF NINE PAGES

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

#II

08-243(JJF)

TO: Ivan Mendez      SBI#: 453351

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 22, 2008



FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AD scanned

Attached are copies of your inmate account statement for the months of November 1, 2007 to April 30, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |

Average daily balances/6 months: (-9.55)

Attachments
CC: File

Stacy Shane
5/22/08

(PLEASE TURN PAGE TO OTHER SIDE)

Jeanette A Harv

MAY TWENTY-SECOND OF 2008                                     05/27/2008

EXODUS LOVES COURTNEY COBAIN                                  #III

PAGE NUMBER THREE OF NINE PAGES

# Individual Statement
## From November 2007 to April 2008

Date Printed: 5/22/2008                                                                     Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 511940 | | 10/17/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511953 | | 10/19/07 | |
| Supplies-MailPosta | 11/8/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 511981 | | 10/18/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 512040 | | INDIGENT 10/29/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512307 | | 10/19/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 512308 | | 10/19/07 | |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($2.73) | ($9.55) | 512852 | | 10/25/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 519954 | | 11/20/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 520146 | | 10/29/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.23) | ($9.55) | 520152 | | 10/30/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520181 | | 11/4/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.82) | ($9.55) | 520200 | | 11/5/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.58) | ($9.55) | 520205 | | 11/6/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($1.57) | ($9.55) | 520280 | | 11/12/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($3.82) | ($9.55) | 526347 | | INDIGENT 12/3/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($0.41) | ($9.55) | 530857 | | 11/29/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.85) | ($9.55) | 538030 | | 12/11/07 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545945 | | 1/3/08 | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 545964 | | 1/2/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 548184 | | 1/4/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.75) | ($9.55) | 548376 | | 1/11/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.78) | ($9.55) | 552266 | | 1/8/08 | |
| Supplies-MailPosta | 2/14/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 556363 | | INDIGENT 2/6/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559481 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559482 | | 1/22/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 559483 | | 1/22/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 560121 | | 1/23/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 560188 | | 1/16/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($1.55) | ($9.55) | 563026 | | 2/25/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.58) | ($9.55) | 563054 | | 1/30/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563055 | | 1/28/08 | |

(PLEASE TURN PAGE TO OTHER SIDE)

MAY TWENTY SECOND OF 2008                    06/27/2008

{ DREW BARRYMORE LOVES SLADJER
PAGE NUMBER FOUR OF NINE PAGES }  #IV

## Individual Statement
### From November 2007 to April 2008

Page 2 of 3

Date Printed: 5/22/2008

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | ($9.55) |
|---|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | Ending Month Balance: | ($9.55) |
| Current Location: | 18 | | Comments: | QOLP2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563057 | | 1/31/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 563059 | | 1/29/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 568688 | | INDIGENT SUPPLIES | |
| Legal | 3/12/2008 | $0.00 | $0.00 | ($28.71) | ($9.55) | 569472 | | FEB 2008 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 570083 | | 2/14/08 | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($0.82) | ($9.55) | 570084 | | 2/13/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572094 | | 2/26/08 | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572095 | | 2/26/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572893 | | 2/22/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572896 | | 3/12/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572971 | | 3/13/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.23) | ($9.55) | 572972 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 572990 | | 2/27/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 573650 | | 3/18/08 | |
| Supplies-MailPosta | 3/24/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 574221 | | INDIGENT 12/31/07 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580245 | | 3/10/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 580248 | | 3/11/08 | |
| Supplies-MailPosta | 4/7/2008 | $0.00 | $0.00 | ($3.82) | ($9.55) | 581440 | | INDIGENT 3/31/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.60) | ($9.55) | 587833 | | 4/13/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 587845 | | 4/11/08 | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 587883 | | 4/14/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($1.65) | ($9.55) | 588917 | | 3/18/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589002 | | 3/21/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 589003 | | 3/20/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590065 | | 3/29/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590066 | | 3/28/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | ($9.55) | 590067 | | 3/29/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.55) | ($9.55) | 594887 | | 4/23/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($2.50) | ($9.55) | 594934 | | 4/22/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.70) | ($9.55) | 594950 | | 4/18/08 | |

( PLEASE TURN PAGE TO OTHER SIDE )

{ IVAN loves HARLEY DAVIDSON
(PAGE NUMBER FIVE OR NINE PAGES) }   #V

**Individual Statement**
**From November 2007 to April 2008**

Date Printed: 5/22/2008                                                                 Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Ending Month Balance: | ($9.55) | | | | |

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: ($28.71)
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($566.06)

(Please Turn Page To Other Side)



I/M IVAN MUNOZ
SBI# 453351   UNIT So.Hall. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801