JUNE TWENTY SIX OF 2008                                                  06/26/2008
(PAGE NUMBER ONE OF TWO PAGES)          08-244         # 1/5
HONORABLE U.S. DISTRICT COURT.

HONORABLE MASTER I'M WRITING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER OR DISTURB ANY OF YOUR TIME, BUT AS YOU KNOW IT TOO THAT MY MANDATORY TIME WAS DUE LAST YEAR ON DECEMBER TWENTY THREE OF 2008, 12/23/2008, OVER HALF YEAR AGO, AND AS YOU KNOW IT TOO THAT I WAS NOT SUPPOSED TO BE REMOVED UNDER ANY CIRCUMSTANCES FROM S.C.I. OVER IN GEORGETOWN DE., BECAUSE I AM UNDER PUBLIC DETAINEE BY THE I.N.S., SAME AS YOU KNOW IT TOO THAT I WAS SUPPOSED TO BE CLASSIFIED ON 04/20/2008, WHICH IS THE SAME DAY WHEN THEY BROUGHT ME OVER HERE UNDER PROTECTIVE CUSTODY ON 04/20/2006 APRIL TWENTY OF 2006, AFTER BEING ASSAULTED ONCE AGAIN, THAT TIME BY MR. SCOTT HAROLD, THEN THEY CLASSIFIED ME LAST YEAR ON 06/22/2007 JUNE TWENTY TWO OF 2007 OVER AT THE SHOWER FOR DISABLED PEOPLE AS YOU KNOW IT TOO ALL ABOUT IT, AND TODAY IS 06/26/2008, FOUR DAYS AGO I WAS SUPPOSED TO BE CLASSIFIED AND I HAVE WROTTEN TO THE HONORABLE WARDEN MR. THOMAS CARROL, BUT AS JUST AS ALWAYS HE DON'T DO NOTHING FOR ME BECAUSE THEY SAID THAT I AM NOTHING BUT AN OLD WHITE AMERICAN RED NECK WHOM TRY TO GET EVENTAL (FOR WHATEVER EVENTAL MEANS) AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT ON 04/23/2006, APRIL TWENTY THREE OF 2006 THEY TOOK MY WHEELCHAIR AND I HAVE TO CRAWLE LIKE A MAGGOT TO GET MY FOOD BECAUSE OF THE PAIN, SAME AS YOU KNOW IT TOO THAT I AM REALLY DISABLED, HURT IN, BROKEN, FRACTURED AND DAMAGED OF SOME PARTS OF MY BODY, I AM NOT FAKING IT LIKE EVERYBODY ELSE TO BE DISABLED, MENTALLY ILL, MENTALLY CHALLENGED, SICK OR IN PAIN, (AN EXCEPTION OF THE OLD WHITE AMERICAN COWBOYS AS YOU KNOW IT TOO ALL ABOUT IT,) SAME AS YOU KNOW IT TOO HOW THOSE ON THE MEDICAL ROOM ON THIS TIER ARE

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)


Just having at the residential area the ～～～ came out from the medical room and harrassed me with the charges. ~~[scribbled out]~~ The state charged me with as you know it too all about it, same as you know it too now. The counselors have and are trying to take me out from protective custody in order to accomplish this nasty set up conspiracy and widely spread it plot to kill me, same as you know it too now one inmate throw his urine at myself causing this nasty infectious smelly bleeding wounds that close and open, same as you know it too the name of those counselors such are #

1.— Counselor Ms. John son and Lieutenant Mr. John Doe, whom try to take me out from P.C. on 2006.
2.— Counselor Mr. Thomas Aiello and Lieutenant Seacord on 06/22/2007.
3.— Counselor Ms. Linda Kemp, and Lieutenant Seacord on 03/14/2008.
4.— Counselor Mr. John Doe, whom was my counselor over at M.H.U. Bldg. #23, where I was assaulted once again that time by Mr. Scott Hargrd on 04/20/2006, whom gave me his name as Mr. Hemmi Andessemolu, and whom come and harrassed me and try to take me out from protective custody on 2006, 2007, as you know it too all about it.
5.— Counselor Ms. Jane Doe, whom gave me her name as Ms. Talina Queen and try to take me out from protective custody on 05/08/08, May 8th of 2008.

30 Please honorable master what is next, are they going to send me over to Gander Hill prison to accomplish this widely spread it plot to kill me, or send me over to Delaware Psychiatric center to accomplish this widely spread it plot to kill me, or accomplished this nasty set up conspiracy and widely spread it plot to kill me over here on D.C.C., as you know it too their plans since the year of 2006, all they are waiting for is for Grand Ma's approval, (whoever grandma is)

(Please turn this page to page number two)

June Twenty 5th of 2008
(Page number two of two pages)                              06/25/2008 #2

Not to forgett how Delaware Psychiatric Center put all of the blame on the Prison Guards (Corrections Officers) as you know it too all about it, same as you know it too how many Corrections Officers and inmates they have sent from Gander Hill Prison to kill me and accomplished this nasty setup conspiracy, so Honorable Master don't forgett please that I am not an old White American Cowboy between 45 years and 54 years of age with an ~~white~~ old White American Cowboys accent, do not forgett that I was born in Mexico, same please don't forgett the Corrections Officer who was assaulted by an inmate for being an old White American Cowboy from SoCo in Georgetown, De., and he was the one whom got charged for assault, even that he is an inocent man as I have witnessed all that assault, but as you know it too that that violent inmate was backed up by the Honorables Counselors Ms. Maritza McFadden, Mr. Kevin, and Ms. Jane Doe, and by Lieutenant Procaci and other Lieutenants and Clos Corrections Officers as you know it too that the Correction Officer partner and back up run away from the scene and the other Clos Corrections Officers watching on the bubble the assault against that Corrections Officer don't do nothing for him because all of them just like his partner and back up were from foreigners ethnic origins born here on America and or probably immigrated legally or illegally and now legal, same as you know it too how Mr. Charles Robinson, Mr. Swan Jones and others were ready to help that inmate to keep beating that Corrections Officer but thanks be to God that some White American Corrections Officers came from other building to help him, and still he got charged for assault

(Please turn this page to the other side)

Even that inmate was supposed to be locked up on his cell for a 24 hours long, because he assaulted verbally and contempt to assault physically two white american corrections officers earlier at chow hall, as you know it too all about it, so I'll be glad to hear from you soon as possible, and please at least tell the god damn warden Mr. Thomas Carrol, to give me a wheelchair.

" Thank's for your time on this matter and for your consideration "



RECEIVED
JUN 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RS scanned

Inmate's name # Ivan Mendez
S.B.I Number # 453351
Date of Birth # 12/04/73
Judge's name # Mr. Richard R. Stokes.
Date of Sentence # 06/15/2001
Number of Case # 318-2001

( Page number two )

I/M IVAN MENDEZ
SBI# 453351   UNIT So4u6 #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S. X-RAY

US. District Court
844 North King Street
Lockbox #18
Wilmington Delaware
19801