{ CUNL INCN IS NINI UN 2008
ALSO LOVES DREW BARRYMORE.
PAGE NUMBER ONE OF THREE 3 PAGES }

06/24/2008

# I
=

HONORABLE U.S. DISTRICT COURT.

08-243 / 08-244

HONORABLE MASTER, I'M WRITING TO YOU ONCE AGAIN, NOT MEANING TO BOTHER OR DISTURB ANY OF YOUR TIME, BUT THE PURPOSE OF THIS LETTER IS TO SEND YOU THE TWO AUTHORIZATIONS ALREADY FILED FOR THE LEGAL FORMS # 1:08-CV-243 AND 1:08-CV-244, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

"THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION"

INMATE'S NAME # IVAN MENDEZ
S.B.I. NUMBER # 453351
DATE OF BIRTH # 12/04/1973
JUDGE'S NAME # MR. RICHARD G. STOKES.
DATE OF SENTENCE # 06/15/2001
NUMBER OF CASE # 318-2001



FILED
JUL - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)