{ CAT STEVENS LOVES PAMELA ANDERSON Mo
  PAGE NUMBER THREE OF THREE 3 PAGES }    #III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | ) |
|   Plaintiff, | ) |
| v. | ) Civil Action No. 08-244-JJF |
| COUNSELOR LINDA KEMP, LT. SEACORD, FIRST CORRECTIONAL MEDICAL, WARDEN THOMAS CARROLL, AND JOHN DOE, | ) |
|   Defendants. | ) |

**FILED**
JUL -2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

**AUTHORIZATION**

I, Ivan L. Mendez, SBI #453351 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated JUNE 29 OR, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: JUNE 29 OR, 2008.

IVAN MENDEZ
Signature of Plaintiff

( PLEASE TURN THIS PAGE TO THE OTHER SIDE )