July Third Oh 2008                                    07/03/2008

08-244

Honorable U.S. District Court.

Honorable Master, I'm writting to you once again, not meaning to bother or disturb any of your time but I have received your letter regarding the legal form Mendez US. Kenp, 1:08-cv-244, entered on 06/30/2008 at 3:43pm, edt and filed on 06/27/2008, which I have received on 07/02/2008, where you have said that #

Docket Text #

letter to the court dated 06/26/2008, from Ivan Mendez, regarding removal from S.C.I and placement at STVCC. (NMS).

Honorable master, are not what you mean by what you have said on your letter, as you know it too about my removal from S.C.I, since when I was over at S.C.I on Georgetown Delaware back on the year of 2002, as you know it too that they tried to send me to Arizona State where I have not open charges and to New Jersey State, and to Philadelphia, where I have not open charges in any of this States or in any other State because of my alleged D.U.I, warrant in Provo Utah, as you know it too all about it, so can you please explain to me what you mean, on your letter, so I'll be glad to hear from you soon as possible.

↘Thank's for your time on this matter and) for your Consideration'↗

Inmate's name # Ivan Mendez

S.B.I Number # 453351

Date of Birth # 12/04/1973

Judge's name # Mr. Richard F. Stokes.

Date of Sentance # 06/15/2001

Number of case # 318-2001



FILED
JUL - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

↳ Scanned

I/M: IVAN MENDEZ

SBI# 453351    UNIT So Ha Uo #18

**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**





US. District Court
844 North King Street
Lockbox #18
Wilmington Delaware
19801