July NINE OF 2008                                    07/09/2008

Honorable U.S. District Court.                08-244 (JJF)

Honorable Master, I'm writting to you once again, not meaning to bother or disturb any of your time, but I wrotte two letters to Counselor Ms. Linda Kemp, one on 07/08/2008, and the other on 07/09/2008, requesting my Classification, which was supposed to be on 04/20/2008, April twenty of 2008, and regarding my mandatory time, and my protection and security, as for the Sargeant Ms. T.Harris and C/O Ms. Jane Doe, and the Inmate that lives on this tier on the infront ard room, whom along with Sgt. Ms. T.Harris and C/O Ms. Jane Doe, throw soap outside of the shower where I was and left the foam bowl with soap outside for me to hurt my disabled, hurted, broken, cracked and damaged parts of my body, as you know it too about it on my lawsoit send it to you, Mendez vs. Sgt. T.Harris, C/O Ms. Jane Doe, and Inmate Mr. John Doe, well they still here working on this building, and the Inmate Mr. John Doe still living here, as it has happened for you as always as you know it too, and I need to be removed to SoCoL over in Georgetown Delaware, under protective custody for legal purposes, so I'll be glad to hear from you soon as possible.

"Thank's for your time on this matter and for your consideration"

Inmate's Name# IVAN MENDEZ
S.B.I Number# 483851
Date of Birth# 12/04/1973
Judge's Name# Mr. Richard R. Stokes.
Date of Sentence# 06/15/2001
Number of Case #318-2001


FILED
JUL 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Ivan Mendez
SBI# 453351   UNIT SHU.01 #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801